*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

No. 16-BG-471

IN RE TOAN Q. THAI, RESPONDENT.

A Suspended Member of the Bar
of the District of Columbia Court of Appeals
(Bar Registration No. 439343)

On Report and Recommendation
of the Board on Professional Responsibility
(DDN357-09)

(Submitted January 13, 2017)                    (Decided April 13, 2017)

*Toan Q. Thai*, pro se.

*Wallace E. Shipp, Jr.*, Disciplinary Counsel, for the Office of Disciplinary Counsel.

Before MCLEESE, *Associate Judge*, and REID and WASHINGTON, *Senior Judges*.[*]

PER CURIAM: The Board on Professional Responsibility found that respondent Toan Q. Thai committed numerous violations of the District of Columbia Rules of Professional Conduct in connection with his representation of clients in immigration proceedings, by among other things failing to safeguard

---

[*] Judge Washington was the Chief Judge at the time this case was submitted. His status changed to Senior Judge on March 20, 2017.

client funds, engaging in reckless or intentional misappropriation, neglecting clients' cases, failing to communicate with clients, failing to return unearned fees, engaging in the unauthorized practice of law, failing to respond to Disciplinary Counsel's inquiries, and committing criminal misconduct reflecting adversely on his honesty, trustworthiness, and fitness. The Board recommended that Mr. Thai be disbarred and required to pay restitution to certain clients as a condition of his reinstatement.

Pursuant to District of Columbia Bar Rule XI, § 9 (h)(2), "if no exceptions are filed to the Board's report, the Court will enter an order imposing the discipline recommended by the Board." Mr. Thai did not file an exception to the Board's recommendation. Mr. Thai did, however, file a brief response to an order requiring him to show cause why this court should not enter an interim order of suspension pending final action. In that response, Mr. Thai denied certain of the Board's conclusions but did not present any persuasive basis for rejecting those conclusions. We therefore accept the Board's recommendation. Accordingly, it is

ORDERED that Toan Q. Thai is hereby disbarred from the District of Columbia. It is

FURTHER ORDERED that, as a condition of reinstatement, Mr. Thai must pay restitution to his clients in the amounts determined by the Board: $3,000, plus interest at the legal rate, to Heesoek Lee; $4,500, plus interest at the legal rate, to Cuong Bao Tang and Long Dang; and $2,000, plus interest at the legal rate, to Bich Thi Ngoc Huynh. For the purposes of reinstatement, the period of disbarment will begin to run when Mr. Thai has filed an affidavit demonstrating full compliance with District of Columbia Bar Rule XI, § 14 (g).

*So ordered.*